IN THE UNITED STATES DISTRICT COURT,
FOR THE WESTERN DISTRICT OF TENNESSEE,
EASTERN DIVISION

FILED

05 APR 22 PM 4:4

ROBERT R. DI    CHO
CLERK, U.S. DI    CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| ROGER D. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. 1-04-1267-T-P |
| | ) | JURY DEMANDED |
| WAL-MART Store #335, WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, INC., A & M CLEANING PRODUCTS, INC., BIO-LAB, INC., Individually and as Owner of A & M CLEANING PRODUCTS, INC., BIO-LAB, INC., as a wholly-owned subsidiary of GREAT LAKES CHEMICAL CORPORATION, GREAT LAKES CHEMICAL CORPORATION, Individually, AUTOMATED PACKAGING SYSTEMS, INC., AUTOMATED PACKAGING SYSTEMS SOUTHEAST, LLC, CKS PACKAGING, INC., and PACKAGE SUPPLY & EQUIPMENT CO., INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## TWP [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

This matter came before the Court upon the Plaintiff's Motion to Amend Complaint. It appears to the Court that the Motion is well taken and it should be and hereby is granted.



IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff be and hereby is allowed to amend his Complaint in this cause.

*[signature]*

HONORABLE ~~JAMES D. TODD~~ Tu M. Pham
~~DISTRICT COURT~~ Magistrate JUDGE

Date: 4/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT