IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER D. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1-04-1267-T-P |
| | ) | |
| WAL-MART Store #335, WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, INC., A & M CLEANING PRODUCTS, INC., BIO-LAB, INC., Individually and as Owner of A &M CLEANING PRODUCTS, INC., BIO-LAB, INC., as a wholly-owned subsidiary of GREAT LAKES CHEMICAL CORPORATION, and GREAT LAKES CHEMICAL CORPORATION, Individually, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] TMP ORDER GRANTING THE WAL-MART DEFENDANTS' AMENDED MOTION FOR LEAVE TO FILE AMENDED ANSWER

This matter came before the Court upon Defendants Amended Motion for Leave to File Amended Answer by counsel for the A & M CLEANING PRODUCTS, INC., BIO-LAB, INC., Individually and as Owner of A&M CLEANING PRODUCTS, INC., BIO-LAB, INC., as a wholly-owned subsidiary of GREAT LAKES CHEMICAL CORPORATION, and GREAT LAKES CHEMICAL CORPORATION, Individually. It appears to the Court that the Motion is well taken and hereby is granted.

IT IS THEREFORE ORDERED that the above Defendants be and hereby allowed to file their Amended Answer in this cause.

ENTERED this _22_ day of April, 2005.

_____
Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT