IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROGER D. RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART Store #335, WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, INC., A & M CLEANING PRODUCTS, INC., BIO-LAB, INC., as a wholly-owned subsidiary of GREAT LAKES CHEMICAL CORPORATION, and GREAT LAKES CHEMICAL CORPORATION, Individually,<br><br>    Defendants. | 04-1267 TP |

## AMENDED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER

On April 22, 2005, the Court entered an uncontested, proposed order (dkt #19) drafted by counsel for Defendants A & M Cleaning Products, Inc., Bio-Lab, Inc., and Great Lakes Chemical Corporation's Motion for Leave to File Amended Answer. The order was erroneously styled "Order Granting the Wal-Mart Defendants' Amended Motion for Leave to File the Amended Answer." Although its title indicates the order relates to a motion submitted by the Wal-Mart Defendants, the proposed order was filed with the "Motion to

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____5/3/05_____

Amend Answer and Memorandum in Support Thereof of Defendants A & M Products, Inc., Bio-Lab, Inc., and Great Lakes Chemical Corporation." The text of the order indicates that it is in relation to these three Defendants.

To avoid confusion, the Court VACATES the order docketed as number 19. With respect to Defendants A & M Cleaning Products, Inc., Bio-Lab, Inc., and Great Lakes Chemical Corporation's Motion for Leave to File Amended Answer, filed on April 19, 2005 (dkt #13), the Court finds the motion is well taken, and it is therefore GRANTED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

4/26/05
Date

-2-

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT