IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER D. RILEY, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | NO. 1-04-1267-T-P |
| | * | |
| WAL-MART STORE #335, WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, INC., A&M CLEANING PRODUCTS, INC., BIO-LAB, INC., Individually and as Owner of A&M CLEANING PRODUCTS, INC., BIO-LAB, INC., as a wholly-Owned subsidiary of GREAT LAKES CHEMICAL CORPORATION, GREAT LAKES CHEMICAL CORPORATION, Individually AUTOMATED PACKAGING SYSTEMS, INC., AUTOMATED PACKAGING SYSTEMS SOUTHEAST, LLC, CKS PACKAGING, INC., and PACKAGE SUPPLY & EQUIPMENT CO., INC., | * | |
| | * | |
| DEFENDANTS. | * | |

~~UNOPPOSED~~ ORDER GRANTING EXTENSION OF TIME TO
AUTOMATED PACKAGING SYSTEMS, INC. FOR
RESPONSE TO AMENDED COMPLAINT

THIS CAUSE came on to be heard upon the written motion of Automated Packaging Systems, Inc. for an extension from June 6, 2005 through June 24, 2005, to file a response to the Amended Complaint.

It appearing to the Court that Plaintiff's counsel does not oppose the motion and that the motion should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Automated Packaging Systems, Inc. be, and is hereby, granted an extension through June 24, 2005, to file a response to the Amended Complaint.

_____
U.S. ~~DISTRICT COURT~~ Magistrate JUDGE

DATE: June 9, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT