IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 2:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ROGER D. RILEY, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| VS. | *   NO. 1-04-1267-T-P |
| | * |
| WAL-MART STORE #335, WAL-MART | * |
| ASSOCIATES, INC., WAL-MART | * |
| STORES, INC., WAL-MART STORES | * |
| EAST, INC., A&M CLEANING | * |
| PRODUCTS, INC., BIO-LAB, INC., | * |
| Individually and as Owner of | * |
| A&M CLEANING PRODUCTS, INC., | * |
| BIO-LAB, INC., as a wholly- | * |
| Owned subsidiary of GREAT LAKES | * |
| CHEMICAL CORPORATION, GREAT LAKES | * |
| CHEMICAL CORPORATION, Individually | * |
| AUTOMATED PACKAGING SYSTEMS, INC., | * |
| AUTOMATED PACKAGING SYSTEMS | * |
| SOUTHEAST, LLC, CKS PACKAGING, | * |
| INC., and PACKAGE SUPPLY & | * |
| EQUIPMENT CO., INC., | * |
| | * |
|     DEFENDANTS. | * |

~~UNOPPOSED~~ ORDER GRANTING EXTENSION OF TIME TO
AUTOMATED PACKAGING SYSTEMS, INC. FOR
RESPONSE TO AMENDED COMPLAINT

THIS CAUSE came on to be heard upon the written motion of Automated Packaging Systems, Inc. for an extension from June 24, 2005 through July 14, 2005, to file a response to the Amended Complaint.

It appearing to the Court that Plaintiff's counsel does not oppose the motion and that the motion should be granted to

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

enable plaintiff's counsel to consider, prepare, circulate and file a Stipulation of Dismissal as to at least defendant Automated Packaging Systems, Inc.;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Automated Packaging Systems, Inc. be, and is hereby, granted an extension through July 14, 2005, to file a response to the Amended Complaint.

_____
U.S. ~~DISTRICT COURT~~ Magistrate JUDGE

DATE: June 30, 2005

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT