IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ROGER D. RILEY,

    Plaintiff,

VS.                                  NO. 1-04-1267-T-P

WAL-MART STORE #335, WAL-MART
ASSOCIATES, INC., WAL-MART STORES,
INC., WAL-MART STORES EAST, INC., A&M
CLEANING PRODUCTS, INC., BIO-LAB, INC.,
individually and as Owner of A&M CLEANING
PRODUCTS, INC., BIO-LAB, INC., as a wholly-
Owned subsidiary of GREAT LAKES CHEMICAL
CORPORATION, GREAT LAKES CHEMICAL
CORPORATION, Individually AUTOMATED
PACKAGING SYSTEMS, INC., AUTOMATED
PACKAGING SYSTEMS SOUTHEAST, LLC,
CKS PACKAGING, INC., and PACKAGE
SUPPLY & EQUIPMENT CO., INC.,

    Defendants.

## ORDER GRANTING MOTION OF DEFENDANT, CKS PACKAGING, INC., FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

This matter having come before the Court upon the Motion of Defendant, CKS Packaging, Inc. (hereinafter known as "CKS"), for an extension until July 29, 2005 in which to file a response to Plaintiff's Amended Complaint, and the Court having found that said Motion is well taken,

It is hereby **ORDERED** that Defendant, CKS Packaging, Inc. (hereinafter known as "CKS") shall have until July 29, 2005 in which to file a response to Plaintiff's Amended Complaint in the above entitled action.

IT IS SO ORDERED.

Date: August 3, 2005

U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate

J:\05-744\ORDER FOR EXTENSION OF TIME.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Michael D. Herrin
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT