IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

ROGER D. RILEY,                          *

        PLAINTIFF,                       *

VS.                                      *      NO. 1-04-1267-T-P
                                         *
WAL-MART STORE #335, WAL-MART            *
ASSOCIATES, INC., WAL-MART               *
STORES, INC., WAL-MART STORES            *
EAST, INC., A&M CLEANING                 *
PRODUCTS, INC., BIO-LAB, INC.,           *
Individually and as Owner of             *
A&M CLEANING PRODUCTS, INC.,             *
BIO-LAB, INC., as a wholly-              *
Owned subsidiary of GREAT LAKES          *
CHEMICAL CORPORATION, GREAT LAKES        *
CHEMICAL CORPORATION, Individually       *
AUTOMATED PACKAGING SYSTEMS, INC.,       *
AUTOMATED PACKAGING SYSTEMS              *
SOUTHEAST, LLC, CKS PACKAGING,           *
INC., and PACKAGE SUPPLY &               *
EQUIPMENT CO., INC.,                     *
                                         *
        DEFENDANTS.                      *

---

CONSENT ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT AUTOMATED PACKAGING SYSTEMS, INC. ONLY

---

It appearing to the Court that at the telephonic Status

Conference held in this case on August 11, 2005 by Magistrate

Judge Tu M. Pham, that Plaintiff advised the Court that

Plaintiff consented to the entry by the Court of an Order of

Dismissal with Prejudice of Defendant Automated Packaging

Systems, Inc.;

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on 08-15-05

It is hereby Ordered that Defendant Automated Packaging Systems, Inc. be, and is hereby, dismissed with prejudice from this action.

_____
U.S. DISTRICT COURT JUDGE

_____
DATE     12 August 2005

APPROVED:

BY: _____  by DwS
Mitchell G. Tollison                  w/permission
Tollison Law Firm                     8/11/05
P.O. Box 11028
Jackson, Tennessee 38308
(731) 668-9886
Attorney for Plaintiff

BY: _____
DeWitt M. Shy, Jr. #5163
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103
(901) 524-5137
Attorneys for Defendant
Automated Packaging Systems, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing to the following, via U.S. mail, postage prepaid, this _____ day of August, 2005:

Mitchell G. Tollison
P.O. Box 11028
Jackson, Tennessee 38308

Edwin E. Wallis, Jr.
Moss, Benton & Wallis, PLLC
P.O. Box 3897
Jackson, Tennessee  38303

Clinton J. Simpson
Michael Richards
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103

Stephen R. Pennell
Stuart & Branigin
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, Indiana  47902

William M. Jeter
35 Union Avenue
Memphis, Tennessee 38103

Russell E. Reviere
Rainey, Kizer, Reviere & Bell, PLC
209 E. Main Street
Jackson, Tennessee  38302

DeWitt M. Shy, Jr.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Michael D. Herrin
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT