IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ROGER D. RILEY,

    Plaintiff,

vs.    Civ. No. 04-1267-T/P

WAL-MART STORE #335, et al.,

    Defendants.

## AMENDED SCHEDULING ORDER

Before the court is plaintiff's Motion to Amend Scheduling Order, filed on August 2, 2005 (dkt #36). On August 11, 2005, the court held a telephone conference with the parties. For good cause shown, and no opposition thereto, the motion is GRANTED. The scheduling order is amended as follows:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
August 30, 2005

**JOINING PARTIES:** September 30, 2005

**AMENDING PLEADINGS:** September 30, 2005

**INITIAL MOTIONS TO DISMISS:** October 31, 2005

**COMPLETING ALL DISCOVERY:** March 1, 2006

    (a) **DOCUMENT PRODUCTION:** March 1, 2006

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** March 1, 2006

    **(c) EXPERT WITNESS DISCLOSURE (Rule 26):**

        (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: April 3, 2006

        (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: May 3, 2006

        (3) **EXPERT WITNESS DEPOSITIONS**: June 2, 2006

**FILING DISPOSITIVE MOTIONS**: July 3, 2006

**OTHER RELEVANT MATTERS:**

The plaintiff informed the court at the August 11, 2005, telephone conference that the plaintiff intends to add new parties. If the new parties are unable to meet these deadlines, they may file a motion to amend the scheduling order.

The February 27, 2006 trial date is cancelled. The district judge will notify the parties of the new trial date.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

August 12, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Michael D. Herrin
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT