FILED BY _SP_ D.C.

05 AUG 23 PM 12: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

IN THE UNITED STATES DISTRICT COURT,
FOR THE WESTERN DISTRICT OF TENNESSEE,
EASTERN DIVISION

| | |
|---|---|
| ROGER D. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. 1-04-1267-T-P |
| ) | |
| WAL-MART Store #335, WAL-MART ) | |
| ASSOCIATES, INC., WAL-MART ) | |
| STORES, INC., WAL-MART STORES ) | |
| EAST, INC., A & M CLEANING ) | |
| PRODUCTS, INC., BIO-LAB, INC., ) | |
| Individually and as Owner of A & M ) | |
| CLEANING PRODUCTS, INC., ) | |
| BIO-LAB, INC., as a wholly-owned ) | |
| subsidiary of GREAT LAKES ) | |
| CHEMICAL CORPORATION, ) | |
| GREAT LAKES CHEMICAL ) | |
| CORPORATION, Individually, ) | |
| AUTOMATED PACKAGING SYSTEMS, ) | |
| INC., AUTOMATED PACKAGING ) | |
| SYSTEMS SOUTHEAST, LLC, ) | |
| CKS PACKAGING, INC., and ) | |
| PACKAGE SUPPLY & EQUIPMENT ) | |
| CO., INC., ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S
### MOTION TO AMEND THE AMENDED COMPLAINT

This matter came before the Court upon the Plaintiff's Motion to Amend the Amended Complaint. It appears to the Court that the Motion is well taken and it should be and hereby is granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff be and hereby is allowed to amend the Amended Complaint in this cause.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _8/24/05_

47

_____
HONORABLE TU M. PHAM
DISTRICT COURT JUDGE

Date: August 19, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Michael D. Herrin
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Honorable James Todd
US DISTRICT COURT