IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.
05 NOV 16 PM 2: 26

THOMAS M. GOULD
DISTRICT COURT
MEMPHIS

ROGER D. RILEY,

    Plaintiff,

Vs.

WAL-MART STORE #335, WAL-MART
ASSOCIATES, INC., WAL-MART STORES,
INC., WAL-MART STORES EAST, INC.,
A & M CLEANING PRODUCTS, INC., BIO-
LAB, INC., Individually and as Owner of A &
M CLEANING PRODUCTS, INC., BIO-LAB,
INC., as a wholly-owned subsidiary of GREAT
LAKES CHEMICAL CORPORATION, GREAT
LAKES CHEMICAL CORPORATION, Individually,
AUTOMATED PACKAGING SYSTEMS, INC.,
AUTOMATED PACKAGING SYSTEMS SOUTH-
EAST, LLC, CKS PACKAGING, INC., and
PACKAGE SUPPLY & EQUIPMENT CO., INC.,

    Defendants.

No. 1-04-1267-T-P
JURY DEMANDED

MOTION GRANTED
U.S. MAGISTRATE JUDGE
November 16, 2005
DATE

Amended ~~JOINT PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference is set for November 17, 2005. In compliance with the Court's Notice of Setting, the parties jointly propose the following Scheduling Order in advance of said conference:

**INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1):**
December 1, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-16-05

56

**JOINING PARTIES:** December 9, 2005

**AMENDING PLEADINGS:** December 9, 2005

**INITIAL MOTIONS TO DISMISS:** January 6, 2006

**COMPLETING ALL DISCOVERY:** May 5, 2006

    (a) **DOCUMENT PRODUCTION:** May 5, 2006

    (b) **DEPOSITIONS, INTERROGATORIES, AND REQUESTS FOR ADMISSIONS:** May 5, 2006

    (c) **EXPERT WITNESS DISCLOSURE, PURSUANT TO** Fed. R. Civ. P. 26(a)(2):

        (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** June 2, 2006

        (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** July 7, 2006

        (3) **EXPERT WITNESS DEPOSITIONS:** August 4, 2006

**FILING DISPOSITIVE MOTIONS:** September 1, 2006

**WHEREFORE,** the parties respectfully pray that the Court approve their Joint Proposed Scheduling Order.

                          **Respectfully submitted**

                          */s/ Lori J. Keen* (RMP, by permission)
                          Lori J. Keen, Esq. (#14916)
                          **Glassman, Edwards, Wade & Wyatt, P.C.**
                          Attorney for DefendantPackage Supply & Equipment Co., Inc.
                          26 North Second Street
                          Memphis, TN 38103

Phone: 901/ 527-4673
File: 04-334L

Approved as to form and contents:

*Mitchell G Tollison (RMD by permission)*
Mitchell G. Tollison, Esq.
P.O. Box 11028
Jackson, TN 38308

*Stephen R. Pennell (RMD by permission)*
Stephen R. Pennell, Esq.
P.O. Box 1010
Lafayette, IN 47902-1010

*Edwin E. Wallis, Jr. (RMD by permission)*
Edwin E. Wallis, Jr., Esq.
P.O. Box 3897
Jackson, TN 38303-3897

*Clinton J. Simpson (RMD by permission)*
Clinton J. Simpson, Esq.
W. Michael Richards, Esq.
165 Madison Ave., Suite 2000
Memphis, TN 38103

*Michael Herrin (RMD by permission)*
Michael Herrin, Esq.
Bill Jeter, Esq.
35 Union Ave., Suite 300
Memphis, TN 38103

*Russell Reviere (RMD by permission)*
Russell E. Reviere
P.O. Box 1147
Jackson, TN 38302-1147

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Michael D. Herrin
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Rachel M. Dockery
GLASSMAN EDWARDS WADE & WYATT, PC
26 North Second St. Bldg.
Memphis, TN 38103--260

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT