38200-59774

IN THE UNITED STATES DISTRICT COURT,
FOR THE WESTERN DISTRICT OF TENNESSEE,
EASTERN DIVISION

| | |
|---|---|
| ROGER D. RILEY, | ) |
|     Plaintiff, | ) |
| VS. | ) No. 1-04-1267-TP |
| | ) JURY DEMANDED |
| WAL-MART Store #335, WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, INC., A&M CLEANING PRODUCTS, INC., BIO-LAB, INC., Individually and as Owner of A&M CLEANING PRODUCTS, INC., BIO-LAB, INC., as a wholly-owned subsidiary of GREAT LAKES CHEMICAL CORPORATION, GREAT LAKES CHEMICAL CORPORATION, Individually, AUTOMATED PACKAGING SYSTEMS INC., AUTOMATED PACKAGING SYSTEMS SOUTHEAST, LLC., CKS PACKAGING, INC., and PACKAGE SUPPLY & EQUIPMENT CO., INC., | ) |
|     Defendants. | ) |

## ORDER DISMISSING AUTOMATED PACKAGING SYSTEMS SOUTHEAST, LLC WITH PREJUDICE

**IT APPEARING TO THE COURT** that Defendant Automated Packaging Systems Southeast, LLC has been improperly named in this lawsuit as a Defendant, and there being no opposition from counsel,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Automated Packaging Systems Southeast, LLC is dismissed with prejudice, with no costs to be assessed at this time.

This document entered on the docket sheet in compliance
ih Rule 58 and/or 79 (a) FRCP on __12-22-05__

38200-59774

*James D. Todd*
JAMES D. TODD
United States District Court Judge

DATE: 16 December 2005

**APPROVED FOR ENTRY:**

*[signature]*
Mitchell Tollison
Attorney for Plaintiff
P.O. Box 11028
Jackson, TN 38308
(731) 668- 9886

*[signature]*
Russell E. Reviere
Attorney for Automated Packaging Systems Southeast, LLC
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon:

Edwin E. Wallis, Jr.
P.O. Box 3897
Jackson, TN 38303-3897

William M. Jeter
Michael D. Herrin
35 Union Ave., Suite 300
Memphis, TN 38103

2

38200-59774

Stephen R. Pennell
Stuart & Branigin
P.O. Box 1010
Lafayette, IN 47902-1010

Clinton J. Simpson
Michael Richards
165 Madison Avenue, Ste 2000
Memphis, TN 38103

DeWitt M. Shy
130 N. Court Ave.
Memphis, TN 38103

Lori J. Keen
Counsel for Package Supply & Equipment Co.
26 North Second Street Building
Memphis, TN 38103-2602

by mailing postage prepaid or by delivery to the person or office of such counsel.

This the ____ day of _____, 2005.

_____
Russell E. Reviere

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 1:04-CV-01267 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Rachel M. Dockery
GLASSMAN EDWARDS WADE & WYATT, PC
26 North Second St. Bldg.
Memphis, TN 38103--260

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Stephen R. Pennell
STUART & BRANIGIN, LLP
300 Main St., Ste. 900
P.O. Box 1010
Lafayette, IN 47902--101

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Michael D. Herrin
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT